UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CLINT P. MICHAELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 6:17-cv-01393-LSC |
| ) | |
| HARTFORD LIFE AND ) | |
| ACCIDENT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. | |

Order

The Court has been notified via a mediator report that a settlement agreement has been reached in this matter. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

DONE and ORDERED on April 27, 2018.

_____
L. Scott Coogler
United States District Judge

190685